*IN THE UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

vs.                              NO.  4:10CR00264-001 SWW

MICHAEL EVANS JONES

<u>ORDER</u>

The Court has determined that a status hearing prior to trial should be scheduled in the above-styled case and hereby schedules a hearing for *10:00 A.M.* on *MONDAY, OCTOBER 22, 2012*, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, in Little Rock, Arkansas.

The U. S. Probation Office is directed to contact defendant, Michael Evans Jones, and inform him of his required attendance.

IT IS SO ORDERED this 4th day of October 2012.

<u>/s/Susan Webber Wright</u>
United States District Judge